# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                          NO. 4:06CR00141 JLH

JOHNNIE RAY ALLMOND                                         DEFENDANT

## ORDER

The hearing on the government's Superseding Motion to Revoke the Supervised Release of defendant Johnnie Ray Allmond is hereby rescheduled for **TUESDAY, JANUARY 28, 2014, at 2:45 P.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, to show cause why the term of supervised release previously imposed should not be revoked.  Document #42.

IT IS SO ORDERED this 21st day of January, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE